# Third District Court of Appeal

## State of Florida

Opinion filed March 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1903
Lower Tribunal No. 17-2683

_____

**Stephen Simon,**
Appellant,

vs.

**Joseph Halegua, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Stephen Simon, in proper person.

Law Offices of Alan R. Soven, P.A., and Alan R. Soven, for appellee Steven Halegua.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.